SIDNEY BELL, Appellant, *v.* MORRIS P. RICHARDS, Respondent.

*Bell* v. *Richards*, 116 App. Div. 922, affirmed.
(Argued March 13, 1908; decided April 14, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 4, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover penalties for the detention of certain milk cans.

*Edward Lewis* and *F. E. Lewis* for appellant.

*William Townsend* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J. HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.